# United States Court of Appeals
## For the First Circuit

No. 25-2089

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF
NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET
ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF
PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF
COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR.
MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY
ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS
PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE
GROUP; BLACK SHEEP MARKET,

Plaintiffs, Appellees,

v.

BROOKE L. ROLLINS, in her official capacity as Secretary of the
United States Department of Agriculture; UNITED STATES
DEPARTMENT OF AGRICULTURE; RUSSELL T. VOUGHT, in his official
capacity as Director of the United States Office of Management
and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT
BESSENT, in his official capacity as Secretary of the United
States Department of the Treasury; UNITED STATES DEPARTMENT OF
THE TREASURY; UNITED STATES,

Defendants, Appellants.
_____

**ERRATA SHEET**

The opinion of this Court, issued on November 9, 2025, is
amended as follows:

On page 4, line 6 replace "administers SNAP funding on behalf"
with "administers SNAP on behalf"

On page 7, lines 6-7 replace "after the shutdown." with "after
the shutdown started."

On page 9, lines 18-19 replace "court granted plaintiffs'
motion" with "court granted the plaintiffs' motion"

On page 14, line 1 replace "the government's motion for a stay." with "the government's stay motion."

On page 16, line 16 replace "draw on Section 32 funds and" with "draw on the Section 32 fund and"

On page 16, note 3 replace "the October 31 order" with "the October 31 TRO"